```
                                            FILED
                                       U.S. DISTRICT COURT
                                       DISTRICT OF WYOMING

                                       2016 JUL 19  PM 1:53

                                       STEPHAN HARRIS, CLERK
                                              CHEYENNE
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>TRUE OIL, LLC, a Wyoming limited liability company, et al.,<br><br>Defendants. | Case No. 15-CV-74-R |

## JUDGMENT IN A CIVIL ACTION

Pursuant to the Order Granting Defendants' Motion for Summary Judgment and Denying Plaintiff's Motion for Summary Judgment as Moot, entered by the Court on July 18, 2016, the Court ordered that summary judgment be entered on behalf of the Defendants.

THEREFORE, Judgment is entered in favor of the Defendants, and against the Plaintiff, Equal Employment Opportunity Commission and all claims asserted against Defendants in Plaintiff's Complaint are DISMISSED WITH PREJUDICE.

Dated this __19th__ day of July, 2016.

_____
*Clerk of Court or Deputy Clerk*